BARRY ROSSNAGLE, PETITIONER-RESPONDENT, v. BOB CAPRA, RESPONDENT-RESPONDENT, AND SHELL OIL COMPANY, RESPONDENT-APPELLANT.

BARRY ROSSNAGLE, PETITIONER-RESPONDENT, v. SHELL OIL COMPANY, RESPONDENT-RESPONDENT.

Argued March 5, 1974—Decided March 19, 1974.

*Mr. Verling C. Enteman* argued the cause for appellant.

*Mr. Leigh E. Buggeln* argued the cause for respondent Bob Capra (*Messrs. Lawrie, Jennings, and Buggeln,* attorneys).

*Mr. Joseph D. Haggerty* argued the cause for respondent Barry Rossnagle.

PER CURIAM. The judgment of the Appellate Division is affirmed substantially for the reasons expressed in the opinion of Judge Matthews filed below.

*For affirmance*—Chief Justice HUGHES and Justices JACOBS, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD—6.

*For reversal*—None.